IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 1 4 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

**KIRK D. RAMEY**                    )
                                     )
              **Plaintiff,**         )
                                     )
**v.**                               )        **CIVIL ACTION NO.**
                                     )        **6:05-CV-00023-NKM-MFU**
**NIPRO DIABETES SYSTEMS, INC.,**    )
                                     )
              **Defendant.**         )

### JOINT NOTICE OF DISMISSAL

COME NOW the parties, by and through their undersigned attorneys, and hereby give notice of the dismissal of this action with prejudice, each party to pay its own costs.

**KIRK D. RAMEY**

By: _____
                        Of Counsel

Richard E. Spies (VSB No. 13498)
O'Keeffe & Spies
828 Main Street, Suite 1803
P. O. Box 1419
Lynchburg, VA 24505
Telephone:      (434) 845-6555
Telecopier:     (434) 845-4267

**NIPRO DIABETES SYSTEMS, INC.**

By: _____
                        Of Counsel

Mark J. Peake (VSB No. 29588)
Caskie & Frost
P. O. Box 6360
Lynchburg, VA 24505
Telephone:      (434) 846-2731
Telecopier:     (434) 845-1191

S:\ltinsley\lmt01846.wpd